## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.* | * |
| | * |
| *Personally and On Behalf of All Others* | * |
| *Similarly Situated* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    Civil Action No.: 06-CV-01365 |
| | * |
| ALLSTATE INSURANCE COMPANY | * |
| | * |
| Defendant. | * |

*************************************************************************

### IMPORTANT NOTICE

TO:    CURRENT AND FORMER EMPLOYEES OF ALLSTATE INSURANCE COMPANY ("DEFENDANT") WHO ARE OR WERE EMPLOYED IN DEFENDANT'S 18-MONTH INSURANCE AGENT TRAINING PROGRAM UNDER THE TERMS OF ALLSTATE'S R3000 EXCLUSIVE AGENT EMPLOYMENT AGREEMENT, DURING THE TIME PERIOD SEPTEMBER 2003 TO THE PRESENT.

RE:    YOUR PARTICIPATION IN A LAWSUIT AGAINST DEFENDANT UNDER THE FEDERAL FAIR LABOR STANDARDS ACT

---

### PLEASE READ THIS NOTICE CAREFULLY.
### IT MAY AFFECT YOUR LEGAL RIGHTS.

---

### I.    INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which employees of Defendant are seeking to recover unpaid overtime compensation. This Notice will advise you of how your rights may be affected by this lawsuit and instruct you on the procedure to follow in order to participate in the suit yourself, if you so choose.

## II.    FACTUAL BACKGROUND

Former employees Goodluck Onyeneho and Adetola Adu-Nyamekye ("Plaintiffs") have filed a lawsuit in the U.S. District Court for the District of Columbia alleging that Allstate Insurance Company ("Defendant") unlawfully failed to pay them properly for their overtime hours.  Specifically, Plaintiffs claim that they were not paid at a rate of one-and-one-half (1½) times their regular rate of pay for all hours worked over forty (40) in many workweeks. Plaintiffs claim that this practice by Defendant violated the Federal Fair Labor Standards Act. Defendant denies these claims and denies any liability for unpaid overtime.

## III.    YOUR PARTICIPATION IN THE SUIT

The Fair Labor Standards Act allows plaintiffs to bring a lawsuit on behalf of other employees, both current and former, who were similarly affected by Defendants' payment practices.

You may be entitled to participate in this lawsuit if:

(1) you worked for Defendant as a trainee in Defendant's insurance agent training program under the terms of Allstate's R3000 Exclusive Agent Employment Agreement since September 2003; and

(2) you worked more than 40 hours during one or more workweeks since September 2003 without being paid at a rate of one and one-half (1½) times your regular rate of pay for those hours.

---

You, however, are not automatically included as a plaintiff in this lawsuit.  If you wish to join, you must complete the enclosed "Consent to Join Lawsuit" form and return it to The Zipin Law Firm, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910 by no later than _____, 2006.  You may also fax your signed "Consent to Join Lawsuit" to The Zipin Law Firm, LLC at (301) 587-9397.

Your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are "similarly situated" in accordance with Federal Law.

Please note that the longer you wait, the less your claim may be worth.  If you have any questions or concerns, please direct all such inquiries to Philip B. Zipin, Esquire at the telephone number shown below.

## IV.    NO RETALIATION AGAINST YOU PERMITTED

Federal law prohibits Defendants from discharging you or taking any other adverse employment action against you because you have exercised your legal right to join this lawsuit or because you have otherwise exercised your rights under the Fair Labor Standards Act.

## V.    EFFECTS OF JOINING THIS LAWSUIT

If you return the "Consent to Join Lawsuit" form on or before _____, 2006:

(1) You will, upon agreement as to the terms of representation, be represented in the case by attorney Philip B. Zipin, Esquire of The Zipin Law Firm, LLC.  Please note that you have the right to obtain your own counsel to represent you in this action.

(2) You will receive notice of any significant court ruling affecting the case, as well as notice of any dismissal of claims, proposed settlements, or judgments rendered.

(3) You will be bound by any judgment or other final disposition of the lawsuit, whether that disposition is favorable or unfavorable.

_____

If you do not want to join this lawsuit, do nothing.  If you do not return the "Consent to Join Lawsuit" form on or before _____, 2006, you will not be a party in this case.  In determining whether you want to be included or excluded from this lawsuit, you may want to consult with your own attorney.

## VI.    NOTICE OF THE ATTORNEYS IN THE CASE

The following attorneys are designated as counsel for the parties in this lawsuit:

**Attorney for Plaintiffs:**                             **Attorney for Defendant:**
Philip B. Zipin, Esquire
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-9373

## VII. CHANGE OF ADDRESS

If you move, or otherwise change your mailing address, after receiving this notice, or if it was misaddressed, you should supply your correct name and address to Philip B. Zipin, Esquire at the address listed above.  This is important so that future notices reach you.

## VIII. MISCELLANEOUS

The pleadings and all other records of this lawsuit may be examined and copied at any time during regular business hours in the Office of the Clerk, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

_____

THIS NOTICE AND ITS CONTENTS HAVE BEEN APPROVED FOR USE BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. THE NOTICE, HOWEVER, SHOULD NOT BE CONSTRUED AS AN EXPRESSION OF OPINION BY THE COURT ABOUT THE MERITS OF ANY OF THE CLAIMS OR DEFENSES ASSERTED BY THE PARTIES IN THE LAWSUIT. THE SOLE PURPOSE OF THE NOTICE IS TO ADVISE YOU OF THE LAWSUIT AND PROVIDE INFORMATION TO YOU ABOUT YOUR RIGHT TO JOIN, IF YOU SO CHOOSE.

_____
Date

_____
Judge Ellen Segal Huvelle
United States District Court
for the District of Columbia

4