IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOODLUCK ONYENEHO, *et al.*  \*

*Personally and On Behalf of All Others*  \*
*Similarly Situated*  \*

      Plaintiffs,  \*
v.  \*   Civil Action No.: 06-CV-01365

ALLSTATE INSURANCE COMPANY  \*

      Defendant.  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT TO JOIN LAWSUIT**

    I work(ed) for Defendant Allstate Insurance company as part of their 18-month insurance agent training program and signed an Allstate R3000 Exclusive Agent Employment Agreement. I want to be part of this lawsuit to collect unpaid overtime wages. I understand that by signing this "Consent to Join Lawsuit," I am bound by the terms of the Retainer Agreement signed by Plaintiffs Goodluck Onyeneho and Adetola Adu-Nyamekye with their attorney. I also designate Plaintiffs Goodluck Onyeneho and Adetola Adu-Nyamekye to serve as my representatives for conducting this lawsuit, including the selection and compensation of our attorney, as well as for the negotiation of any settlement.

_____
Full Legal Name (please print clearly)

_____
Street Address

_____
City, State, Zip Code

_____  _____
Telephone Number        E-Mail Address

_____
Signature

_____
Date