IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.* <br><br> ***Personally and On Behalf of All Others Similarly Situated*** <br><br> Plaintiffs, <br> v. <br><br> ALLSTATE INSURANCE COMPANY <br><br> Defendant. | Civil Action No.: 06-CV-01365 |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Facilitate Identification and Notification of Similarly Situated Employees, and any Opposition thereto, it is this _____ day of _____, 2006, by the U.S. District Court for the District of Columbia:

**ORDERED**, that Plaintiffs' Motion to Facilitate Identification and Notification of Similarly Situated Employees is hereby GRANTED; and it is further

**ORDERED**, that Defendant shall, within fifteen (15) days of the entry of this Order, provide Plaintiffs' counsel with a list of the full name, last known residential address, residential phone number, work address, work phone number, date of birth, social security number, and e-mail address of each and every employee, former or current, who was employed by Defendant as part of their insurance agent training program pursuant to the terms of Allstate's R3000 Exclusive Agent Employment Agreement since September 2003; and it is further,

**ORDERED**, that the proposed "Important Notice" submitted by Plaintiffs along with their Motion shall be signed by the Court and is hereby approved for future use by Plaintiffs in notifying the class of potential plaintiffs.

_____
JUDGE ELLEN SEGAL HUVELLE
United States District Court
for the District of Columbia