Onyeneho Fee Agreement
Page 3 of 3

the event that legal action is necessary to secure payment of any sum due under this Agreement, regardless of whether suit is actually filed;

(iv) **Collection Efforts** -- if any attorney, paralegal or law clerk expends time to secure payment of any sum due under this Agreement you agree to pay the customary rate for each of those individuals, as set forth in paragraph 2 above, including any increased rates pursuant to that paragraph;

(v) **No Release of File** -- your file will not be released to you or anyone unless our bill is paid in full.

Accepted:

_____
Philip B. Zipin

I have read, understand, and agree to the above fee arrangement.

07/14/2006
_____        _____
Date                                Goodluck Onyeneho

PLAINTIFF'S EXHIBIT 1


Overtime Pay Agreement
July 24, 2006
Page 4

I have read this Agreement and agree to its terms. I agree to be a plaintiff in a case under the Federal Fair Labor Standards Act.

_____     7/24/2006
Client Signature                    Date

**PLEASE ALSO NEATLY PRINT ALL INFORMATION REQUESTED BELOW:**

ADETOLA ADU-NYAMEKYE
Printed Name

Sincerely,

_____
Philip B. Zipin, Esquire
THE ZIPIN LAW FIRM, LLC
8403 Colesville Road
Suite 610
Silver Spring, MD 20910
Phone (301) 587-9373
Fax (301) 587-9397

I have read this page and agree to its terms:    Initials: AA