

My Personal File | My Compensation | My Direct Deposit | My Time Away | My OPM | Manage

## Timecard

[Procedure]  [Policy]

Ex)

Employee Name: *Latine*

You will be able to enter additional timekeeping once your record has been updated on **My Personal Choice**.

If an End Date is entered, an HH:MM entry is not required.

| # | Reason | Action | Start Date | End Date | HH:MM | PTE% |
|---|--------|--------|------------|----------|-------|------|
| 1 | N | P | 12/13/04 | | 6 00 | |
| 2 | N | P | 12/14 | | 10 00 | |
| 3 | N | P | 12/15 | | 10 00 | |
| 4 | N | P | 12/16 | | 10 00 | |
| 5 | N | P | 12/17 | | 10 00 | |
| 6 | N | P | 12/18 | | 6 00 | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Totals 56

**My Daytime Telephone Number:** ( ) -
**My Allstate Email Address:**

[Submit for Approval]