myDesktop

Welcome LATINE HALSTEAD -- June 02, 2005

Allstate. You're in good hands.

LATINE MARIE HALSTEAD
13001 GOLDEN OAK DRIVE
LAUREL MD 20708

Personnel # 68858

Pay Period: 05/22/2005 - 05/28/2005

Pay Date: 06/03/2005

Deposit Amount: 413.78

ABA Transit # 252073018 Account # 0202913156

| EARNINGS SUMMARY | CURRENT | YTD |
|---|---|---|
| Earnings: | 460.57 | 12,741.11 |
| Less | | |
| Taxes: | 46.79 | 1,647.83 |
| Deductions: | | |
| Total: | 413.78 | 11,093.28 |

| EARNINGS | HOURS | AMOUNT |
|---|---|---|
| Earnings for Period 05/22/2005 - 05/28/2005 | | |
| Agent Trainee Overtime | 16.00 | 57.57 |
| Regular - Agents | | 403.00 |

| TAXES | CURRENT | YTD |
|---|---|---|
| Federal | | |
| Federal Single 15 Exemptions | | |

Case 1:06-cv-01365-ESH Document 3-7 Filed 10/23/2006 Page 1 of 2

| | | |
|---|---|---|
| TX Withholding Tax | | 96.50 |
| TX EE Social Security Tax | 28.56 | 789.95 |
| TX EE Medicare Tax | 6.68 | 184.75 |
| State | | |
| Maryland 06 Exemptions | | |
| TX Withholding Tax | 6.90 | 275.69 |
| County | | |
| Prince Georg 06 Exemptions | | |
| TX Withholding Tax | 4.65 | 300.94 |

Copyright Allstate Insurance Company 2005. All rights reserved. Information Technology Usage Policy