# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO and ADETOLA ADU-NYAMEKYE<br><br>Personally and On Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>Allstate Insurance Company,<br><br>　　　　　Defendant. | **Civil Action No. 1:06-cv-01365-ESH** |

## CORPORATE DISCLOSURE STATEMENT
## OF ALLSTATE INSURANCE COMPANY

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Allstate Insurance Company, hereby certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Allstate Insurance Company which have any outstanding securities in the hands of the public.

　　　Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation.

　　　The Allstate Corporation holds 10 percent or more of Allstate Insurance Company's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorneys of Record for Allstate Insurance Company

  /s/ William F. Allen_____
William F. Allen (D.C. Bar No. 454656)
Tel.: 202.887.4245
David A. Rappaport (D.C. Bar No. 489272)
Tel.: 202.887.4307
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.887.4000
Fax:  202.887.4288

Date:  October 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2006, I have electronically filed Defendant Allstate Insurance Company's Corporate Disclosure Statement using the CM/ECF system which will send notification of such filing to the following:

>Philip B. Zipin
>The Zipin Law Firm, LLC
>8403 Colesville Road, Suite 610
>Silver Spring, MD 20910
>
>Counsel for Plaintiffs

>/s/ William F. Allen
>William F. Allen