# United States District Court
# For the District of Columbia

Goodluck Onyeneho, et al.,

        Plaintiff(s) )  **APPEARANCE**

        vs. ) CASE NUMBER 1:06-cv-01365-ESH

Allstate Insurance Co.,

        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __William F. Allen__ as counsel in this
(Attorney's Name)

case for: __Allstate Insurance Company__
(Name of party or parties)

Oct. 24, 2006
Date

*[Signature]*
Signature

William F. Allen
Print Name

D.C. Bar No. 454656
BAR IDENTIFICATION

1333 New Hampshire Ave., N.W.
Address

Washington, D.C. 20036
City    State    Zip Code

(202) 887-4245
Phone Number