# United States District Court
# For the District of Columbia

Goodluck Onyeneho, et al.,

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER   1:06-cv-01365-ESH

Allstate Insurance Co.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   David A. Rappaport   as counsel in this
                            (Attorney's Name)

case for:   Allstate Insurance Company
           (Name of party or parties)

Oct. 24, 2006
Date

*(signature)*
Signature

D.C. Bar No. 489272
BAR IDENTIFICATION

David A. Rappaport
Print Name

1333 New Hampshire Ave., N.W.
Address

Washington, D.C. 20036
City    State    Zip Code

(202) 887-4307
Phone Number