IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.*<br><br>Personally and On Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Allstate Insurance Company,<br><br>　　　　　Defendant. | **Civil Action No. 1:06-cv-01365-ESH** |

**DEFENDANT ALLSTATE INSURANCE
COMPANY'S MOTION FOR TRANSFER OF VENUE**

Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interest of justice, Defendant Allstate Insurance Company ("Allstate") hereby respectfully moves this Court for a transfer of venue to the United States District Court for the District of Maryland, Baltimore Division ("District of Maryland"). In support of this motion, Allstate states that: (1) this case could have been brought in the District of Maryland; (2) private concerns relevant to the convenience of the parties and witnesses and the interest of justice weigh strongly in favor of a transfer of venue in this case; and (3) public concerns relevant to the convenience of the parties and witnesses and the interest of justice weigh strongly in favor of a transfer of venue in this case. Accordingly, for these reasons, as set forth in the accompanying Memorandum of Points and Authorities, Allstate's motion should be granted. A proposed Order is attached.

Pursuant to LCvR 7(m), Defendant's counsel conferred with Plaintiff's counsel by telephone on October 20, 2006. On October 23, 2006, Plaintiff's counsel communicated their opposition to this motion.

                              Respectfully submitted,

                              /s/William F. Allen
                              William F. Allen (D.C. Bar No. 454656)
                              Tel.: 202.887.4245
                              David A. Rappaport (D.C. Bar No. 489272)
                              Tel.: 202.887.4307
                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              1333 New Hampshire Avenue NW
                              Washington, DC 20036
                              Tel: 202.887.4000
                              Fax:  202.887.4288

Date:  October 26, 2006