IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.*<br>Personally and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Insurance Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 1:06-cv-01365-ESH**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered the entire record, pursuant to this Court's power under 28 U.S.C. § 1404(a) and for the convenience of the parties and witnesses and in the interest of justice, it is hereby ORDERED that Defendant Allstate Insurance Company's Motion for Transfer of Venue is GRANTED.

It is further ORDERED that the Clerk's Office shall immediately transfer this case to the United States District Court for the District of Maryland, Baltimore Division.

So ORDERED this _____ of November, 2006.

_____
Hon. Ellen S. Huvelle
United States District Court Judge