IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.* <br> Personally and On Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br> v. <br><br> Allstate Insurance Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) **Civil Action No. 1:06-cv-01365-ESH** ) ) ) ) ) ) ) |

## **DECLARATION OF TODD FRIEDMAN**

I have personal knowledge of the facts herein and could and would testify as to them if required to do so.

1. I am the Workforce Relations Director for Allstate Insurance Company ("Allstate"). I work in the company's Northbrook, Illinois headquarters. I have held that position since June 2006.

2. Prior to assuming my current position with Allstate, I worked as the Human Resources Manager for Allstate's Capital Region from December 2002 through May 2006. The Capital Region consists of the District of Columbia, Maryland, Delaware, Virginia, and West Virginia.

3. As the former Human Resources Manager for the Capital Region, I am familiar with the work activities performed by Goodluck Onyeneho and Adetola Adu-Nyamekye during their prior employment with Allstate as Exclusive Agents.

4. While employed with Allstate as an Exclusive Agent, Goodluck Onyeneho maintained his only office in Allstate's Columbia, Maryland Exclusive Agent Location and performed the majority of his work activities as an Allstate Exclusive Agent in the state of Maryland.

5. While employed with Allstate as an Exclusive Agent, Adetola Adu-Nyamekye maintained her only office in Allstate's Columbia, Maryland Exclusive Agent Location and performed the majority of her work activities as an Allstate Exclusive Agent in the state of Maryland.

6. Pat Browne formerly worked as a Territorial Manager for Allstate, based out of Allstate's Columbia, Maryland Field Sales Office. She held that position during the time I served as Human Resources Manager for the Capital Region until her title changed in May 2005. In May 2005, Pat became a Distribution Development Leader for Allstate, the position that she currently holds. As Distribution Development Leader, Pat is based out of Allstate's Columbia, Maryland Field Sales Office. In both of these positions, Pat had a primary responsibility of overseeing and supervising Dwayne Crupper, the manager of the Exclusive Agents in Allstate's Columbia, Maryland Exclusive Agent Location, including Goodluck Onyeneho and Adetola Adu-Nyamekye.

7. Dwayne Crupper works as an Agency Development Manager for Allstate, based out of Allstate's Columbia, Maryland Exclusive Agent Location. He has held that position since January 2006. As Agency Development Manager, Dwayne managed and supervised Exclusive Agents based out of Allstate's Columbia, Maryland

3

Exclusive Agent Location, including Goodluck Onyeneho and Adetola Adu-Nyamekye.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2006.

Todd Friedman