**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GOODLUCK ONYENEHO, *et al.*  Personally and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Allstate Insurance Company,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 1:06-cv-01365-ESH** |

## **ORDER**

Having considered the entire record, pursuant to this Court's inherent power to control its docket and in the interest of conserving resources of the Court and the litigants, it is hereby ORDERED that Defendant Allstate Insurance Company's Consent Motion to Hold Plaintiffs' Expedited Motion in Abeyance is GRANTED.

It is further ORDERED that a new briefing schedule for Plaintiffs' Expedited Motion shall be established by the Court after it considers and rules upon Defendant's Motion for Transfer of Venue.

So ORDERED this _____ of October, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

5