## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GOODLUCK ONYENEHO, *et al.* | * | |
| | * | |
| | * | |
| ***Personally and On Behalf of All Others*** | * | |
| ***Similarly Situated*** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 06-CV-01365 |
| | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF GOODLUCK ONYENEHO

1.     I am over the age of eighteen (18) and competent to testify in this matter.

2.     I was employed by Defendant as part of an 18-month insurance agent training program from February 2005 through September 2006.

3.     Although I was stationed in Maryland, Allstate authorized me to receive and accept applications for insurance for risks located in the District of Columbia, for which I am licensed.

4.     I sold between two and five policies to individuals residing in the District of Columbia.

5.     I would also frequently travel to the District of Columbia on Allstate business.

    I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

2

_____            _____
Date                                Goodluck Onyeneho

2