## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOODLUCK ONYENEHO, *et al.* | * |
| *Personally and On Behalf of All Others Similarly Situated* | * |
| Plaintiffs, | * |
| v. | * Civil Action No.: 06-CV-01365 |
| ALLSTATE INSURANCE COMPANY | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF ADETOLA ADU-NYAMEKYE

1. I am over the age of eighteen (18) and competent to testify in this matter.

2. I was employed by Defendant as part of an 18-month insurance agent training program from November, 2004 though June, 2006.

3. Although I was stationed in Maryland, Allstate authorized me to receive and accept applications for insurance for risks located in the District of Columbia, for which I am licensed.

4. I had approximately ten (10) policies which I sold to residents of the District of Columbia.

5. Every week, I would market to District of Columbia residents.

6. I would meet clients in the District of Columbia.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

2

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

_____                                    _____
Date                                                                            Adetola Adu-Nyamekye