IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GOODLUCK ONYENEHO, *et al.* | * | |
| *Personally and On Behalf of All Others Similarly Situated* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 06-CV-01365 |
| ALLSTATE INSURANCE COMPANY | * | |
| Defendant. | * | |

**************************************************************************

## AFFIDAVIT OF LATINE HALSTEAD

1.   I am over the age of eighteen (18) and competent to testify in this matter.

2.   I was employed by Allstate as part of an 18-month insurance agent training program from approximately December 2004 until May 2006.

3.   As stated in my previous affidavit, I am interested in joining this action and enforcing my right to receive proper overtime pay. However, I am concerned about retaliation by Allstate and other adverse consequences that may ensue as a result, and I am therefore reluctant to join the lawsuit.

4.   Although I am currently stationed in Maryland, Allstate has authorized me to receive and accept applications for insurance for risks located in the District of Columbia, for which I am licensed.

5.   I have sold approximately one hundred and thirty (130) policies to individuals and entities located in the District of Columbia. The policy applications for

2

these policies must be physically signed in the District of Columbia, and I would frequently go there to obtain the needed signatures..

  6.  I also traveled to the District of Columbia to take photographs of specific property that was covered by Allstate insurance policies that I sold.

  I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

_____    _____
Date                       Latine Halstead