

My Personal File | My Compensation | My Direct Deposit | My Time Away | My OPM | Manage

## Timecard

[ Procedure ]  [ Policy ]

Ex)

Employee Name: *Latine*

You will be able to enter additional timekeeping once your record has been updated on **My Personal Choice**.

If an End Date is entered, an HH:MM entry is not required.

| # | Reason | Action | Start Date | End Date | HH:MM | PTE% |
|---|---|---|---|---|---|---|
| 1 | N | P | 12/13/04 |  | 10:00 |  |
| 2 | N | P | 12/14 |  | 10:00 |  |
| 3 | N | P | 12/15 |  | 10:00 |  |
| 4 | N | P | 12/16 |  | 10:00 |  |
| 5 | N | P | 12/17 |  | 10:00 |  |
| 6 | N | P | 12/18 |  | 6:00 |  |
| 7 |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |

Totals 56

**My Daytime Telephone Number:** ( ) -
**My Allstate Email Address:**

[ Submit for Approval ]