## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GOODLUCK ONYENEHO, *et al.* | * | |
| | * | |
| ***Personally and On Behalf of All Others*** | * | |
| ***Similarly Situated*** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 06-CV-01365 |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |

************************************************************************

### ORDER

UPON CONSIDERATION of Defendant's Motion for Transfer of Venue, Plaintiffs'

response, and any reply thereto, it is this _____ day of _____, 2006, by the

U.S. District Court for the District of Columbia:

**ORDERED**, that Defendant's Motion for Transfer of Venue is DENIED.

_____
JUDGE ELLEN SEGAL HUVELLE
United States District Court
for the District of Columbia