IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.* *Personally and On Behalf of All Others Similarly Situated* <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY <br><br> Defendant. | Civil Action No.: 06-CV-01365 |

## MOTION FOR *PRO HAC VICE* APPEARANCE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Plaintiffs, by undersigned counsel, move this Court for leave to have Steven E. Kaplan, Esquire, appear as co-counsel for Plaintiffs pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia Rules. Mr. Kaplan is an active member in good standing in the District of Columbia Court of Appeals and the Maryland Court of Appeals. In addition, Mr. Kaplan was admitted to the United States District Court for the District of Maryland on October 3, 2005 (Bar No.: 16531).

Pursuant to Local Rule 83.2, Mr. Kaplan certifies the following:

1. Mr. Kaplan is an attorney at The Zipin Law Firm, LLC, whose firm represents the Plaintiffs in the above captioned matter.

2. Mr. Kaplan's office address is 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910, his work phone number is (301) 587-9373, and his email is skaplan@zipinlaw.com.

3. Mr. Kaplan has not been disciplined by any bar.

4. This is the second time Mr. Kaplan has applied to be admitted *pro hac vice* in this Court. Judge Kessler, presiding Judge in *Meadows v. Gonzales*, Civil Action No. 04-2223 (GK), granted Mr. Kaplan's *pro hac vice* motion on September 8, 2005. Mr. Kaplan no longer represents the Plaintiff in that matter.

5. Mr. Kaplan does not engage in an office located in the District of Columbia.

6. Defendant's counsel has indicated that Defendant does not object to the relief sought herein.

WHEREFORE, Plaintiffs request that the relief requested herein be granted and Steven E. Kaplan be permitted to appear in this case *pro hac vice.*

Respectfully submitted this 10th day of November 2006.

_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: pzipin@zipinlaw.com

*Counsel for Plaintiffs*