### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOODLUCK ONYENEHO, *et al.* <br><br> *Personally and On Behalf of All Others Similarly Situated* <br><br> Plaintiffs, <br> v. <br><br> ALLSTATE INSURANCE COMPANY <br><br> Defendant. | Civil Action No.: 06-CV-01365 |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for *Pro Hac Vice* Appearance Before the United States District Court for the District of Columbia in the above captioned case, it is this \_\_\_\_\_ day of _____, 2006, by the U.S. District Court for the District of Columbia, be and hereby

**ORDERED**, that Plaintiffs' Motion for *Pro Hac Vice*, be and hereby, GRANTED; and it is further

**ORDERED,** that Steven E. Kaplan, Esquire, should be permitted to appear in this case as counsel for Plaintiffs *pro hac vice*.

_____
JUDGE ELLEN SEGAL HUVELLE
United States District Court
for the District of Columbia