IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODLUCK ONYENEHO, *et al.*<br><br>Personally and On Behalf of All Others Similarly Situated<br><br>        Plaintiffs,<br><br>    v.<br><br>Allstate Insurance Company,<br><br>        Defendant. | **Civil Action No. 1:06-cv-01365-ESH** |

## DECLARATION OF DUANE CRUPPER

I have personal knowledge of the facts herein and could and would testify as to them if required to do so.

1. I am a New Agency Consultant for Allstate Insurance Company ("Allstate"). I am based out of the company's Columbia, Maryland Exclusive Agent Location. I have held that position since April 2006.

2. Prior to assuming my current position with Allstate, I worked as an Agency Development Manager in the company's Columbia, Maryland Exclusive Agent Location from January 2006 to April 2006. Before that, I worked as an Agency Development Manager in the company's Chantilly, Virginia Exclusive Agent Location from January 2005 to January 2006.

3. In my role as an Agency Development Manager I was responsible for, among other things, overseeing Allstate agency development in the company's Capital Region.

       The Capital Region consists of the District of Columbia, Maryland, Delaware, Virginia, and West Virginia.

4. As a former Agency Development Manager in the company's Columbia, Maryland Exclusive Agent Location, I managed and supervised the work activities performed by Goodluck Onyeneho and Adetola Adu-Nyamekye during their prior employment with Allstate as Exclusive Agents.

5. While employed with Allstate as an Exclusive Agent, Onyeneho was scheduled to work in the Columbia, Maryland Exclusive Agent Location and maintained his only office at that location. Because Onyeneho worked out of that office location, I supervised his work in Maryland.

6. During the time that I supervised Onyeneho, I also maintained my only office at the Columbia, Maryland Exclusive Agent Location. Further, Onyeneho received his wages and other compensation from Allstate in Maryland.

7. While employed with Allstate as an Exclusive Agent, Adu-Nyamekye was scheduled to work in the Columbia, Maryland Exclusive Agent Location and maintained her only office at that location. Because Adu-Nyamekye worked out of that office location, I supervised her work in Maryland.

8. During that time that I supervised Adu-Nyamekye, I also maintained my only office at the Columbia, Maryland Exclusive Agent Location. Further, Adu-Nyamekye received her wages and other compensation from Allstate in Maryland.

9. While employed with Allstate as an Exclusive Agent, Onyeneho sold a total of 174 insurance policies on behalf of the company. Allstate's records indicate that 3 of those policies were sold to District of Columbia residents.

10. While employed with Allstate as an Exclusive Agent, Adu-Nyamekye sold a total of 137 insurance policies on behalf of the company. Allstate's records indicate that 4 of those policies were sold to District of Columbia residents.

11. In my positions as Agency Development Manager and New Agency Consultant, I became familiar with the R3000 DAL Exclusive Agent program, the program that Onyeneho and Adu-Nyamekye participated in during their entire employment with Allstate.

12. While the R3000 DAL Exclusive Agent program was in place, no R3000 DAL Exclusive Agent maintained an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2006.

_____
Duane Crupper